UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :

UNITED STATES OF AMERICA,         :

                         :

             v.            :

                         :

ALAN KAUFMAN,          :      No. 19 Cr. 504 (LAK)
and TONY GEORGITON,     :

                         :      <u>**NOTICE OF MOTIONS**</u>

                         :

                  Defendants.   :

                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of His Pretrial Motions, and the prior pleadings and proceedings heretofore had herein,

defendant Tony Georgiton will move this Court, before the Honorable Lewis A. Kaplan, at the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007, at a date and time to be determined by the Court, for an Order (1) permitting him to join

co-defendant Alan Kaufman's motions to dismiss Count One of the Indictment and for a bill of

particulars, as well as dismissing Count Three of the Indictment for the reasons substantially set

forth in Mr. Kaufman's moving papers; (2) granting him severance from Mr. Kaufman;

(3) instructing the government to search for, identify, and produce Rule 16 and *Brady* materials

to which he is entitled in the files of the National Credit Union Administration; (4) directing the

government to file a bill of particulars; and (5) granting him permission to file additional

motions.

Dated: New York, New York
      October 2, 2019

                                 Respectfully submitted,

By:       _____
                 Paul M. Krieger
                 Alexandra S. Messiter
                 KRIEGER KIM & LEWIN LLP
                 500 Fifth Avenue
                 34th Floor
                 New York, New York 10110
                 Tel.: (212) 390-9550
                 Paul.Krieger@KKLllp.com
                 Alexandra.Messiter@KKLllp.com


                 Arthur Aidala
                 Michael Jaccarino
                 AIDALA, BERTUNA & KAMINS
                 546 5th Avenue
                 New York, New York 10036
                 Tel.: (212) 486-0011
                 Arthur@aidalalaw.com
                 jaccarino@aidalalaw.com


                 *Attorneys for Tony Georgiton*