# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110
Telephone: (212) 390-9550
www.KKLlp.com

Paul M. Krieger

Direct Dial: (212) 390-9552
paul.krieger@KKLlp.com

USDNY
DOCUMENT
ELECTRONICALLY FILED
3/6/2020

March 5, 2020

*3/6/2020*

*Application to join in Co-def't's motions as applicable is granted. No oral argument is necessary at this time.*

*Colleen McMahon*

By ECF and FedEx

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kaufman*, 19 Cr. 504 (CM)

Dear Judge McMahon:

**MEMO ENDORSED**

We represent defendant Tony Georgiton in the above-captioned case. In our letter motion dated February 7, 2020, Mr. Georgiton respectfully requested (1) permission to join co-defendant Alan Kaufman's motion to dismiss Count One of the Indictment; and (2) dismissal of Count Three of the Indictment, for the reasons substantially set forth in that letter motion and in Mr. Kaufman's moving papers. We write further to (1) join in the arguments set forth in Mr. Kaufman's reply memorandum of law dated March 5, 2020; and (2) respectfully request that the Court consider the arguments therein in support of dismissal of Count Three of the Indictment.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: *Paul Krieger*
Paul M. Krieger / Alexandra S. Messiter

Arthur Aidala / Michael T. Jaccarino
AIDALA, BERTUNA & KAMINS

CC: All counsel (by ECF)