```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :    ORDER
      - v. -                        :
                                    :    19 Cr. 504 (LAK)
TONY GEORGITON,                     :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - - x
```

WHEREAS, defendant TONY GEORGITON is scheduled to appear for a change of plea hearing before Magistrate Judge Gabriel W. Gorenstein on September 9, 2020;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Court understands that Magistrate Judge Gorenstein shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and ~~for the reasons set forth in the parties' application dated September 2, 2020,~~ in order to bring this case to a prompt conclusion in the interests of all concerned, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
September 2, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2