UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

,

    -against-                                              19-cr-0504 (LAK)

TONY GEORGITON,

              Defendant(s).
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motions docketed as numbers 80, 104, 117, and 121 are denied as to Tony Georgiton as moot.

       SO ORDERED.

Dated:      December 3, 2020

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge