# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110
Telephone: (212) 390-9550
www.KKLllp.com



MEMO ENDORSED

January 31, 2021

By ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Kaufman*, 19 Cr. 504 (LAK)

Dear Judge Kaplan:

We represent defendant Tony Georgiton in the above-captioned case. As you know, Mr. Georgiton was sentenced on January 11, 2021 to three years' probation, including a term of nine months' home incarceration. We write concerning the release by Pretrial Services of Mr. Georgiton's United States and Greek passports, both of which were surrendered to the custody of Pretrial Services in connection with Mr. Georgiton's release on bail in or about July 2019. Now that Mr. Georgiton has been sentenced, Pretrial Services has advised us that it can only release the passports to Mr. Georgiton with a Court order. Pretrial Services has also advised us that some period of time after any defendant is sentenced, Pretrial Services no longer retains custody of the defendant's passport. Mr. Georgiton's Probation Officer from the Eastern District of New York has informed us that his office does not retain passports of defendants under their supervision.

In light of the above, we respectfully request that the Court order Pretrial Services to provide my law firm with Mr. Georgiton's two passports, over which we will retain custody for the duration of Mr. Georgiton's period of home incarceration unless otherwise ordered by the Court or directed by Mr. Georgiton's Probation Officer. We have conferred with Mr. Georgiton's Pretrial Services Officer, his Probation Officer, and the Assistant United States Attorneys assigned to this matter, and none of these parties objects to this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: /s/ Paul Krieger
Paul M. Krieger / Alexandra S. Messiter

CC: All counsel (by ECF)
Probation Officer Javier Enciso (by email)
Pretrial Services Officer Francesca Piperato (by email)

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
2/1/21